IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ____ ENTERED
____ LOGGED ____ RECEIVED

DEC 15 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Kendall Simms                            *
6007 Circle Drive
Hurlock, MD 21643                        *
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.                                      *

US Department of Agriculture
Bradley King                             *
1260 Maryland Avenue, Suite 100
Hagerstown, MD 21740                     *

_____
*(Full name and address of the defendant(s))*
**Defendant(s)**            *
******

Civil No.: **JKB 14 CV 3898**
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☑ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

_____

_____

Complaint (Rev. 12/2000)                    1

2. The facts of this case are:
   See attached

I was discriminated against by the US Department of Agriculture employees, Bradley King, Patricia Deford and Janet Brittingham. They allowed Case Edwards Management in 2013 to evict me from my apartment of 13 years, harass me continuously, neglect repairs in my apartment and they allowed one of Case Edwards Management company employees the right to bear arms in her apartment and place of employment. The USDA failed to do anything to the management company for neglecting the up keep of repairs in my apartment, for harassing me and they didn't require the management company to show proof or provide them with any documentation that there employee didn't had a gun. Due to these actions, I was sick, my household items and apartment was infested with microbial growth. I had to endure air coming in my apartment. I wasn't allowed to bear arms in my apartment. I had to endure the management company continuous harassments. I was evicted from my place of residence.

3. The relief I want the court to order is:

☑ Damages in the amount of: 350,000.00

☐ An injunction ordering: _____

_____

☐ Other (explain) _____

_____

12-10-14
(Date)

*Kendall Simms*
(Signature)

Kendall Simms
6007 Circle Drive
Hurlock, MD 21643
410-901-7177
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.

Complaint (Rev. 12/2000)                    3